IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY AKU QUARTEY          *

      v.          *    CIVIL ACTION NO. JFM-11-1654

JOHN E. POTTER          *
                                        ***

## **MEMORANDUM**

        Plaintiff, a resident of Washington, D.C., filed this self represented complaint. The Complaint is not a model of clarity. Plaintiff states that in 2008, John Potter transferred plaintiff's wealth from her account at the Federal Credit Union to his account at Chevy Chase Bank. She states that among others, the FBI witnessed these events. ECF No. 1. Plaintiff provides no grounds for filing the complaint and her attachments shed no light on her claim. Indeed, those documents are nonsensical as they refer to an employee of the postal service assuming plaintiff's identity, state that the Inspector General of the United States Post Office fraudulently opened a joint account in plaintiff's name, and indicate that an account was opened with an old account number permitting, other postal service employees to "empty the account." *Id.*

        Plaintiff has filed for indigency status. ECF No. 2. The motion shall be granted. This court may preliminarily review the complaint allegations before service of process and dismiss them if satisfied that the complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's complaint provides no jurisdictional or factual basis for its filing. Her attachments

are replete with fanciful illusions. The action shall be dismissed without prejudice for the failure to state a claim and without service of process on defendant.[1] A separate order shall follow.


Date: ___July 20, 2011_____     ___/s/_____
                                 J. Frederick Motz
                                 United States District Judge

---

[1] Plaintiff has filed approximately twenty-eight cases in this court since December 2, 2009. Given the frivolous nature of her filings, the court concludes that affording plaintiff the opportunity to amend her complaint would be an exercise in futility.

2